No. 23-16027

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JESSE HERNANDEZ,
Plaintiff - Appellee,

v.

COUNTY OF MONTEREY, et. al.,
Defendants - Appellants,

On Appeal from the United States District Court
Northern California, San Jose Division, Case No. 5:13-cv-02354 BLF

## APPELLANT'S MOTION TO VOLUNTARILY DISMISS
## APPEAL PURSUANT TO FED. R. APP. P. 42(B)(2)

Peter G. Bertling (SBN 131602)
Jemma Parker Saunders (SBN 227962)
BERTLING LAW GROUP
21 East Canon Perdido Street
Suite 204B
Santa Barbara, CA 93101
(805) 879-7558
peter@bertlinglawgroup.com
jemma@bertinglawgroup.com
Attorneys for Appellants
California Forensic Medical Group dba
Wellpath

TO THE JUSTICES OF THIS HONORABLE COURT:

Pursuant to Federal Rule of Appellate Procedure 42(b)(2), Appellant California Forensic Medical Group dba Wellpath, hereby moves the Court for an order dismissing the above-captioned appeal. Accordingly, Appellant requests an order from this Court dismissing this appeal.

Appellant requests that the Court assign each party to bear its own fees and costs on appeal. This appeal was brought in good faith, in the pursuit of justice, and to zealously advocate for Appellant. As such, due to the absence of an agreement between parties as to appropriate and fair cost bearing of the appeal, Appellant seeks for the Court to fix costs upon order of this motion.

Respectfully submitted,

DATED: August 25, 2023           BERTLING LAW GROUP

By:   /s/ *Peter G. Bertling*
      Peter G. Bertling
      Attorneys for Defendant-Appellant
      California Forensic Medical Group dba Wellpath

# CERTIFICATE OF SERVICE

I, Peter G. Bertling, counsel for California Forensic Medical Group dba Wellpath, certify that, on August 25, 2023, a copy of the attached motion to voluntarily dismiss was filed electronically through the appellate CM/ECF system with the Clerk of the Court. I further certify that all parties required to be served have been served.

                BERTLING LAW GROUP

By:   /s/ *Peter G. Bertling*
       Peter G. Bertling
       Attorneys for Defendant-Appellant
       California Forensic Medical Group dba
       Wellpath