|  | **FILED** |
|---|---|
| UNITED STATES COURT OF APPEALS | |
| FOR THE NINTH CIRCUIT | SEP 25 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JESSE HERNANDEZ; et al.,

    Plaintiffs-Appellees,

v.

MONTEREY COUNTY WEEKLY; et al.,

    Intervenors-Appellees,

v.

COUNTY OF MONTEREY; et al.,

    Defendants-Appellants.

No. 23-16027

D.C. No. 5:13-cv-02354-BLF
Northern District of California,
San Jose

ORDER

Appellant's motion to dismiss this appeal (Docket Entry No. 18) is granted. Fed. R. App. P. 42(b).

A copy of this order shall serve as and for the mandate of this court.

                FOR THE COURT:

                By: Jonathan Westen
                Circuit Mediator